UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

    Petitioner,

v.

WILLIE SMITH,

    Respondent.
_____/

Case No. 1:07-CV-1169

Hon. Richard Alan Enslen

**ORDER**

This matter is before the Court on Petitioner Gregory Hardy's *pro se* Second Request for Restoration of Court Records Lost or Destroyed. In the Court's Order of June 2, 2008, which concerned Petitioner's Motion for Restoration for [sic] Court Record(s) Lost or Destroyed, the Court instructed Petitioner that if he "seeks copies of certain documents *in forma pauperis*, he must specify which documents he seeks and the reasons they should be supplied *in forma pauperis*." (Dkt. No. 15.)

Petitioner now alleges he seeks "copies of his original filing of his writ of habeas corpus and the attachments which may include copies of transcripts, preliminary [sic], plea and sentencing records, copies of each of the lower court's orders [sic] sentencing court, Court of Appeals and Michigan Supreme Court [sic] and a copy of this court's final order dated April 16, 2008." (Mot. 1.) Although Petitioner has now specified which documents he seeks, Petitioner has failed to adequately supply a reason why his request should be granted *in forma pauperis*. Petitioner alleges he is "seeking such documents in order to file a writ of certiorari in the U.S. Supreme Court" and, in conclusory fashion, that "he is indigent." (*Id.*) Petitioner has failed to comply with Federal Rule

of Appellate Procedure 24.[1]  Moreover, Petitioner does not seek such documents for a proper purpose because petitioning the Supreme Court for a writ of certiorari is not ripe.  *See* Sup. Ct. R. 13.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner Gregory Hardy's Second Request for Restoration of Court Records Lost or Destroyed (Dkt. No. 16) is **DENIED WITHOUT PREJUDICE** to future motion.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>      July 7, 2008 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |

---

[1] To wit, Petitioner must file an affidavit that:  "(A)  shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."  Fed. R. App. P. 24; *see also Kincade v. Sparkman*, 117 F.3d 949, 951–52 (6th Cir. 1997).